AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| The New York Times Company and Charlie Savage )<br><br>*Plaintiff*<br>v.<br>United States Department of the Treasury<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 15-cv-5740<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of the Treasury
FOIA and Transparency
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David McCraw and Jeremy Kutner
The New York Times Company
620 Eighth Avenue, 18th Floor
New York, NY 10018


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: 07/22/2015                                                 /s/ K. Young
                                                                 *Signature of Clerk or Deputy Clerk*